IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fredrick Goings, | ) |
| Plaintiff, | ) ) ) Case no. 19-cv-4745 |
| v. | ) ) ) Honorable Marvin E. Aspen |
| C.O. Gunder, et al. | ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

Plaintiff, Fredrick Goings, and the Defendants, Patrick Jones, Henry Wimp and Craig Gunder by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

_____    May 22, 2023
Plaintiff                                                    Date
Fredrick Goings

_____    June 5, 2023
Eric Lee                                                    Date
Attorney for Defendants
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
872-769-6573
eric.lee@ilag.gov